# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINO MARRERO SUAREZ, | No. 3:26-cv-02332-BTM-GC |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION** |
| JEREMY CASEY, Warden, Imperial Regional Detention Facility., | |
| Respondent. | |

Pending before the Court is Petitioner Paulino Marrero Suarez's petition for a writ of habeas corpus. Petitioner has been detained since February 24, 2026, and his immigration proceedings remain ongoing. Petitioner claims that he is entitled to a bond hearing under 8 U.S.C. § 1226. The Government concedes that Petitioner is entitled to a bond hearing under this Court's decision in *Amaya v. Noem*, No. 25cv2892-BTM-DEB, 2025 WL 3182998 (S.D. Cal. Nov. 13, 2025).

The Court incorporates and adopts the analysis in *Amaya*. For the reasons stated in *Amaya*, Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226.

The petition for a writ of habeas corpus is thus granted. Petitioner is not entitled to outright release since his detention would be lawful if he is a danger to the community or a flight risk. No later than May 15, 2026, the Government must provide Petitioner an individualized bond hearing before a fair, neutral, and open-minded immigration judge, where the Government bears the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight. If the IJ denies bond, the judge must make specific findings as to why Petitioner is a danger to the community or a flight risk. If Respondent or the IJ fail to comply with this order and the writ, Petitioner can apply to this Court for relief. The parties must provide a status report no later than May 18, 2026.

**IT IS SO ORDERED.**

Dated: April 30, 2026

Honorable Barry Ted Moskowitz
United States District Judge

2