**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

PAULINO MARRERO SUAREZ,
Petitioner,
v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility,
Respondent.

Case No.: 3:26-cv-02332-BTM-GC

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE JUDGMENT**

**[ECF NO. 11]**

The Petitioner moves the Court to find that his "bond hearing violated this Court's order and due process" and order his immediate release. (ECF No. 11, at 3.) The Respondent shall file a brief in response no later than fourteen (14) days following the date this Order is signed. The Petitioner may file a brief replying to the Respondent no later than twenty-one (21) days following the date this Order is signed. The motion will be deemed submitted for the Court's decision once the deadline for the Petitioner's reply brief has passed. There will be no oral argument unless requested by the Court.

**IT IS SO ORDERED.**

Dated: July 14, 2026

Honorable Barry Ted Moskowitz
United States District Judge